IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRANDON N. NELSON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV614-118
)
)
AMANDA KNUDSEN, )
)
    Defendant. )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that he wants to make it clear that he did not file a cause of action pursuant to 42 U.S.C. § 1983 because Defendant is not a government official. Rather, Plaintiff contends that he wishes to bring his cause of action for alienation of affection and mental anguish against Defendant pursuant to Title 18 of the United States Code.

Title 18 of the United States Code pertains to criminal violations and procedures and does not allow a private citizen to bring suit against another private citizen for alienation of affection or mental anguish. Should Plaintiff wish to pursue his claims against Defendant, it appears that filing a cause of action in a state court is the appropriate manner in which to seek recovery against Defendant.

Plaintiff's Objections are without merit and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11th day of Dec., 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA